# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0899
_____

BRENDA WILLIAMS,

Appellant,

v.

CITIMORTGAGE, INC.,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

May 22, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James H. Cerveny and Niles B. Whitten, Gainesville, for Appellant.

David Rosenberg, Cynthia L. Comras, and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Appellee.